# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOSEPH JACOBSON,<br><br>Defendant. | CR-04-35-M-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on November 26, 2025. (Doc. 520.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 24, 2025 (Doc. 519.) The United States accused Michael Jacobson (Jacobson) of violating the conditions of his supervised release by1) failing to report for substance abuse treatment on August 7, 2025, August 26, 2025, September 4, 2025, October 27, 2025 and November 6, 2025; 2) failing to comply with substance abuse testing by using fake urine on October 23, 2025 and by possessing fake urine on October 40, 2025; 3) using methamphetamine and marijuana on October 23, 2025 and October 30, 2025, testing positive for methamphetamine and marijuana on October 27, 2025 and November 6, 2025; and 4) by committing another federal, state or local crime by being charged on October 9, 2025 in Billings, Montana with the misdemeanor offense of Assault in violation Mont. Code Ann. §45-5-201.  (Doc. 512.)

At the revocation hearing, Jacobson admitted that he had violated the conditions of supervised release as set forth in allegations 2 and 3 of the Petition. Judge Johnston dismissed allegations 1 and 4 on the government's motion. Judge Johnston recommended a sentence of custody of 9 months with no supervised release to follow. (Doc. 520.) The Court advised Jacobson of his right to appeal and to allocute before the undersigned.  (Doc. 519)

The violations Jacobson admitted prove serious and warrants revocation of Jacobson's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 520) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Michael Joseph Jacobson be sentenced for a term of custody of 9 months with no supervised release to follow.

DATED this 18th day of December 2025.


_____
Brian Morris, Chief District Judge
United States District Courts